**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>RODOLFO VAZQUEZ, JR.,<br><br>        Defendant. | 2:11-CR-003-RLH (RJJ) |

**AMENDED PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on June 24, 2011, defendant RODOLFO VAZQUEZ, JR., pled guilty to One Count of a One-Count Criminal Information charging him with Felon in Possession of a Firearm in violation of Title 18, United States Code, Section 922(g)(1). Docket #25, #28, #30.

This Court finds defendant RODOLFO VAZQUEZ, JR., agreed to the forfeiture of the property set forth in the Forfeiture Allegation of the Criminal Information. #28.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Information and the offense to which defendant RODOLFO VAZQUEZ, JR., pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

    a)    ARMINIUS HERMANN WEIHRAUCH, HW532, .32 caliber revolver, serial number 1208958; and

    b)    any and all ammunition ("property").

1  This Court finds the United States of America is now entitled to, and should, reduce the
2  aforementioned property to the possession of the United States of America.

3  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
4  United States of America should seize the aforementioned property.

5  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
6  RODOLFO VAZQUEZ, JR., in the aforementioned property is forfeited and is vested in the United
7  States of America and shall be safely held by the United States of America until further order of the
8  Court.

9  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
10 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
11 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
12 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
13 the name and contact information for the government attorney to be served with the petition,
14 pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

15 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be
16 filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

17 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
18 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
19 following address at the time of filing:

20  MICHAEL A. HUMPHREYS
    Assistant United States Attorney
21  DANIEL D. HOLLINGSWORTH
    Assistant United States Attorney
22  Nevada State Bar No. 1925
    Lloyd D. George United States Courthouse
23  333 Las Vegas Boulevard South, Suite 5000
    Las Vegas, Nevada 89101
24  . . .

25  . . .

26  . . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED: September 29, 2011.

_____
Roger L. Hunt
UNITED STATES DISTRICT JUDGE